IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAYSEN LEE GROVE, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:12cv00622 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| BLUE RIDGE REGIONAL JAIL, | ) | By: Norman K. Moon |
|     Defendant. | ) | United States District Judge |

Plaintiff Jaysen Lee Grove, proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983 against the Blue Ridge Regional Jail, alleging that he was "robbed, abducted, tied up, and beat for about 4 hours" at the Halifax Adult Detention Center. I find that the Blue Ridge Regional Jail is not a proper defendant to a § 1983 action. Accordingly, I will dismiss Grove's complaint pursuant to 28 U.S.C. § 1915A(b)(1).

Grove names only the Blue Ridge Regional Jail as defendant to this action. To state a cause of action under § 1983, a plaintiff must allege facts indicating that he has been deprived of rights guaranteed by the Constitution or laws of the United States and that this deprivation resulted from conduct committed by a person acting under color of state law. *West v. Atkins*, 487 U.S. 42 (1988). As the Blue Ridge Regional Jail is not a "person" subject to suit under § 1983, Grove cannot maintain his action against the defendant jail. *See McCoy v. Chesapeake Correctional Center*, 788 F. Supp. 890 (E.D. Va. 1992). Therefore, I will dismiss this action.

The Clerk of the Court is directed to send copies of this memorandum opinion and the accompanying order to the parties.

**ENTER**: This 14th day of January, 2013.

                                                          NORMAN K. MOON
                                                          UNITED STATES DISTRICT JUDGE